JUNE 6, 1955.

No. 581, Misc. LEE v. McDONALD, WARDEN. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The motion for leave to proceed in forma pauperis and the petition for writ of certiorari are granted. The judgment of the Court of Appeals is vacated and the case is remanded to the Dis-

trict Court with directions to dismiss the petition for writ of habeas corpus upon the ground that the cause is moot. Petitioner *pro se.* *Solicitor General Sobeloff* for respondent.